JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SCOTT BECKER,

    Plaintiff,

vs.

WELLS FARGO BANK, NATIONAL ASSOCIATION,

Defendants.

Case No. 5:17-cv-01884-JVS-SHK

**ORDER**

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated: March 05, 2018

_____
Hon. James V. Selna

Order to Dismiss - 1